1  Richard E. Hove, SBN. 53780
   Attorney at Law
2  24072 Myrtle Street
   Hayward, CA 94541
3  510-888-9111

4  Attorney for Defendant DEANGELO WILLIAMS

5

6
                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
8

9
   UNITED STATES OF AMERICA,          No.: CR 05-00602 CRB
10
              Plaintiff,              [~~PROPOSED~~] ORDER
11
       vs.
12
   DEANGELO WILLIAMS,
13
              Defendant.
14

15

16
       Pursuant to stipulation IT IS HEREBY ORDERED that the curfew time for DeAngelo
17
   Williams may be altered from 9:00 p.m.-6:00 a.m. to 9:00 p.m.- 5:30 a.m.
18

19

20  Date:  January 3, 2006                    _____
21                                            JOSEPH C. SPERO
                                              U.S. MAGISTRATE JUDGE
22

- 2 -