Richard E. Hove, SBN. 53780
Attorney at Law
24072 Myrtle Street
Hayward, CA 94541
510-888-9111

Attorney for Defendant *DEANGELO WILLIAMS*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-00602 CRB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| vs. | |
| DEANGELO WILLIAMS, | |
| Defendant. | |

For good cause and pursuant to the stipulation of the parties appearing IT IS HEREBY ORDERED that the hearing for March 22, 2006 at 2:15p.m. in this matter is hereby vacated and rescheduled to April 26, 2006.

Dated: March 22, 2006

_____
Charles Breyer, US District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

- 2-