KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00602-CRB |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER AND |
| v. ) | STIPULATION FOR CONTINUANCE |
| ) | FROM APRIL 28, 2006 AND |
| DEANGELO WILLIAMS, ) | EXCLUSION OF TIME FROM THE |
| ) | SPEEDY TRIAL ACT CALCULATION |
| Defendant. ) | (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing a hearing on motions before the district court from April 26, 2006 to May 24, 2006 at 2:15 P.M. before the Honorable Charles R. Breyer, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 26, 2006. The parties agree, and the Court finds and holds, as follows:

    1. Government counsel was to begin a felony prosecution trial before the Honorable Marilyn Hall Patel on April 18, 2006. Trial was likely to be completed by April 24, 2006.

    2. On April 17, 2006, the day before trial was to begin, defense counsel obtained a

U.S. v. Williams; CR-05-00602CRB
Order and Stipulation for Continuance
and Exclusion of Time

1  continuance of one week, delaying the commencement of trial to April 25, 2006.    Trial will
2  likely not finish until the week of May 1, 2006.
3      3. Attorney for the defendant is due to commence trial on a separate matter on May 10, 2006
4  and expects trial to continue for approximately seven court days.
5      4. It is the understanding of the parties that the Court is unavailable during the month of
6  May and accordingly, requests this matter to be continued to a date available to the Court in
7  June.
8      5.  All parties agree to an exclusion of time under the Speedy Trial Act.  Failure to grant the
9  requested continuance would unreasonably deny the parties continuity of counsel and
10 reasonable time necessary for effective preparation, taking into account the exercise of due
11 diligence.
12     6. Given these circumstances, the Court finds that the ends of justice served by excluding the
13 period from April 26, 2006 to a hearing on this matter in June, 2006, outweigh the best interest
14 of the public and the defendant in a speedy trial.  § 3161(h)(8)(A).
15     7. Accordingly, and with the consent of the defendant, the Court orders that the period from
16 April 26, 2006 to the date of the hearing of this matter in June, 2006 be excluded from Speedy
17 Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

        IT IS SO STIPULATED:

DATED: April 21, 2006            _____/s/_____
                                 RICHARD E. HOVE, ESQ.
                                 Attorney for Defendant Williams

DATED: April 21, 2006            _____/s/_____
                                 BLAKE D. STAMM
                                 Assistant United States Attorney

        IT IS SO ORDERED.

U.S. v. Williams; CR-05-00602CRB
Order and Stipulation for Continuance
and Exclusion of Time

DATED: April 24, 2006

_____
HON. CHARLES R. BREYER
United States District Judge

**IT IS SO ORDERED**
Judge Charles R. Breyer

U.S. v. Williams; CR-05-00602CRB
Order and Stipulation for Continuance
and Exclusion of Time

3