IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00602 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| DEANGELO WILLIAMS, | |
| Defendant. | |

For the reasons stated in the government's consolidated opposition, defendant's request for an evidentiary hearing pursuant to Franks v. Delaware, 438 U.S. 154 (1978), and defendant's motion to suppress defendant's statement are denied.  The hearing set for July 26, 2006, is hereby vacated.  The parties are directed to appear June 28, 2006, at 2:15 p.m. for a status conference.

**IT IS SO ORDERED.**

Dated: June 15, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0602cr\order 1.wpd