## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | **RE:** | Deangelo Williams |
| **FROM:** | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR 05-0602 CRB |
| | | **DATE:** | 3/1/07 |

FILED 2007 MAR -2 PM 2:01

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Laura Weigel**                                                     **408-535-5230**
U.S. Pretrial Services Officer                                        TELEPHONE NUMBER

**RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. **A** **15th Floor** on **Fri., 3/9/7** at **9:30 AM**.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                                    3/1/07
                                                     DATE

Cover Sheet (12/03/02)