IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DEANGELO WILLIAMS,<br><br>    Defendant.<br>_____/ | No. 3:05-cr-00602-CRB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

For the reasons stated in open court, the Motion for a Reduction of Sentence (dkt. 88) is DENIED.

**IT IS SO ORDERED.**

Dated: March 25, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE